IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HENRY W. BOHANNON,

        Petitioner,

    v.

STEVE FRANKE, Superintendent,
Two Rivers Correctional
Institution,

        Respondent.

Case No. 2:11-cv-01127-PK

ORDER

MARSH, Judge.

Magistrate Judge Paul Papak filed his Findings and Recommendation on June 26, 2013. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b).

When either party objects to any portion of the Magistrate Judge's Findings and Recommendation, I must make a *de novo* determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(C); United States v. Reyna-Tapia, 328 F.3d 1114,

1 - ORDER

1121 (9th Cir. 2003)(*en banc*).

Petitioner has filed timely objections.  Therefore, I have given the file of this case a *de novo* review.  I find no error in Judge Papak's conclusion that petitioner procedurally defaulted his available state remedies and failed to make the requisite showing to excuse that default; and, in the alternative, that the claim lacks merit.  Accordingly, I ADOPT the Findings and Recommendation (#35).

IT IS ORDERED that petitioner's amended habeas petition (#28) is DENIED, and this proceeding is DISMISSED, with prejudice.  Additionally, I ADOPT Judge Papak's recommendation that a certificate of appealability be denied.

IT IS SO ORDERED.

DATED this __16__ day of July, 2013

*Malcolm F Marsh*
Malcolm F. Marsh
United States District Judge